**STILLMAN TIRE COMPANY, Sims Tire Company**

v.

**COLONIAL DISCOUNT TIRE COMPANY, INC.**

No. 76–450–A.

Supreme Court of Rhode Island.

Jan. 17, 1980.

Alton W. Wiley, Providence, for plaintiffs.

Raymond R. Pezza, Providence, for defendant.

ORDER

This case is assigned to the March, 1980 *show cause* calendar. The defendant is directed to appear and show cause why its appeal should not be dismissed in view of the fact that the claimed mathematical discrepancy between the testimony and the judgment was corrected on remand and no objection to the correction appears in the record.

DORIS, J., did not participate.

**Joseph V. CAMBROLA, Jr.**

v.

**KAISER ALUMINUM & CHEMICAL CORPORATION.**

No. 77–364–A.

Supreme Court of Rhode Island.

Jan. 24, 1980.

Lovett & Linder, Ltd., Raul L. Lovett, Providence, for appellant.

Quinn, Cuzzone & Geremia, Bruce Q. Morin, Providence, for appellee.

ORDER

The employee's motion to grant his appeal for failure of the employer to file its brief is denied. The employer is directed to file its brief on or before March 24, 1980. No further extensions will be granted.

DORIS, J., did not participate.

**F. David FENG**

v.

**William E. LAURIE, Jr.**

No. 77–274–M.P.

Supreme Court of Rhode Island.

Jan. 24, 1980.

John Tramonti, Jr., Providence, for plaintiff.

Dennis J. Roberts II, Atty. Gen., Alyssa L. Talanker, Special Asst. Atty. Gen., for defendant.

ORDER

The defendant's motion for permission to file a supplement to his reply brief is granted.

DORIS, J., did not participate.